# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CASE NO. 1:15-CR-106

UNITED STATES OF AMERICA,

V.

MICHAEL DEAN TOMES,

      Defendant.

## ORDER

**THIS MATTER** is before the Clerk in his fiduciary duty to funds received by parties and placed into the Trial Balance of Treasury Registry Fund of this court.

On, March 4, 2016, the United States District Court for the Middle District of Georgia directed the defendant to post $2,000 in a cash bond. This bond was posted and then transferred to the Western District of North Carolina with the case.

Sentence was imposed on the defendant by this court on January 26, 2017, and the defendant was remanded to the custody of the United States Marshal Service. Therefore, the conditions of the cash bond have been satisfied and are to be returned to Ms. Michelle Kroll who posted the bond on behalf of the defendant.

**IT IS, THEREFORE, ORDERED,** that the Financial Section of the Clerk of Court's Office shall return the $2,000.00 cash bond to Ms. Michelle Kroll of 860 Mountain Creek Church Road, Monroe, Georgia, 30656.

So ORDERED this 3rd day of February, 2017.

_Frank G. Johns_
Frank G. Johns, Clerk